**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | | |
|---|---|---|
| **LELAND FOSTER,** | § | |
| | § | |
| **Plaintiff,** | § | **Case No. 2:16-cv-2310** |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **LQ PROPERTIES, LLC., a Delaware** | § | |
| **limited liability company,** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT STIPULATION OF**
**FULL AND FINAL DISMISSAL WITH PREJUDICE**

Plaintiff, Leland Foster, ("Plaintiff") and Defendant, LQ Properties L.L.C, ("Defendant"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the voluntary dismissal with prejudice of the above-captioned matter.

1.      All of Plaintiff's claims in this Lawsuit will be dismissed with prejudice against being re-filed.

2.      Each party shall bear its own attorneys' fees, expert fees, litigation expenses and costs incurred in litigating these claims except as otherwise agreed to in writing among the parties.

HOU:0100520/00167:1882918v1

Dated: February 10, 2017                     Respectfully submitted,


                                             By: */s/ Owen B. Dunn Jr.*
                                             OWEN B. DUNN JR.
                                             Law Office of Owen B. Dunn Jr.
                                             The Ottawa Hills Shopping Center
                                             4334 W. Central Ave., Suite 222
                                             Toledo, OH 43615
                                             (419) 241-9661 (Telephone)
                                             (419) 241-9737 (Facsimile)
                                             dunnlawoffice@sbcglobal.net

                                             **ATTORNEY FOR PLAINTIFF**


                                             By:*/s/ Johanna F. Norvell*
                                             JOHANNA F. NORVELL
                                             Texas State Bar No. 00796549
                                             LOCKE LORD LLP
                                             600 Travis Street, Suite 2800
                                             Houston, Texas 77002-3095
                                             (713) 226-1423 (Telephone)
                                             (713) 229-2599 (Facsimile)
                                             hnorvell@lockelord.com

                                             **ATTORNEY FOR DEFENDANT,**
                                             **LQ PROPERTIES L.L.C.**


### CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2017, I electronically filed the foregoing document, with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Owen B. Dunn Jr.
Law Office of Owen B. Dunn Jr.
The Ottawa Hills Shopping Center
4334 W. Central Ave., Suite 222
Toledo, OH 43615
dunnlawoffice@sbcglobal.net


                                             */s/ Johanna F. Norvell*
                                             JOHANNA F. NORVELL

HOU:0100520/00167:1882918v1